ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANMEI LI,<br><br>            Plaintiff,<br><br>  v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary, United States Department of Homeland Security, *et al.*,<br><br>            Defendants. | C 5:24-cv-07003-NC<br><br>**STIPULATION TO STAY PROCEEDINGS; ORDER** |

The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until July 24, 2025. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

1.    Plaintiff filed this mandamus action seeking adjudication of her Form I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") scheduled an interview for March 26, 2025. USCIS will work diligently towards completing adjudication of the I-589 application, absent the need for further adjudicative action or unforeseen circumstances that would require additional time for adjudication.

2. Plaintiff agrees to submit all supplemental documents and evidence to USCIS seven to ten days prior to the agreed upon scheduled interview. Plaintiff recognizes that failure to submit these documents seven to ten days prior to the interview may result in the interview being rescheduled at no fault of USCIS.

3. If needed by Plaintiff or her dependent(s), Plaintiff shall bring her own interpreter to her asylum interview. *See* https://www.uscis.gov/newsroom/alerts/affirmative-asylum-applicants-must-provide-interpreters-starting-sept-13. Plaintiff recognizes that failure to bring an interpreter to her interview may result in the interview being rescheduled at no fault of USCIS.

4. Upon receipt of the Asylum Office's decision, Plaintiff agrees to voluntarily dismiss the case.

5. The parties agree to bear their own litigation costs and attorney fees.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until July 24, 2025, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: December 10, 2024                                          Respectfully submitted[1],

                                                                                  ISMAIL J. RAMSEY
                                                                                  United States Attorney

                                                                                  *s/ Elizabeth Kurlan*
                                                                                  ELIZABETH D. KURLAN
                                                                                  Assistant United States Attorneys
                                                                                  Attorneys for Defendants

//
//
//

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stip to Stay Proceedings
C 5:24-cv-07003-NC                                                         2

1  Dated: December 10, 2024

2                                         *s/ Mei Zhou*
MEI ZHOU
J & T, A Law Corporation

3

4  **ORDER**

5  Pursuant to stipulation, IT IS SO ORDERED.

6

7  Date: December 10, 2024

8  HON. NATHANAEL M. COUSINS
United States Magistrate Judge



GRANTED
Judge Nathanael M. Cousins

Stip to Stay Proceedings
C 5:24-cv-07003-NC                                     3